UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                    CRIMINAL ACTION NO. 3:16-CR-149-RGJ

KAREEM TAQI                                                                 DEFENDANT

### AGREED ORDER

The United States, and the defendant, both by counsel, having AGREED, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that prosecution of the matter herein is and shall be deferred pursuant to written agreement between the United States and the defendant, for the purpose of allowing the defendant to demonstrate his good conduct.

Furthermore, it is **HEREBY ORDERED** that all further criminal proceedings, including initial appearance and trial, are **CONTINUED for a period of 12 months,** and that unless otherwise requested by a party hereto, no further proceedings will be scheduled by this Court.

It is further **ORDERED** that within 30 days after defendant's successful completion of pretrial diversion, the United States will file with this Court a Notice of Dismissal, with prejudice, of charges filed in this action.

Finally, pursuant to 18 U.S.C. §3161(h)(2), and with this Court's express approval, the period during which this prosecution is delayed shall be and hereby is EXCLUDED under the Speedy Trial Act.

HAVE SEEN AND AGREED TO:

RUSSELL M. COLEMAN
United States Attorney

_____     _____
Amanda E. Gregory              Grover S. Cox
Jessica R. C. Malloy           Attorney for Defendant
Assistant U.S. Attorneys

Entered and approved this _____ day of _____, 2018.

_____
The Hon. Rebecca G. Jennings
United States District Court Judge

cc: Counsel , USP